IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-51058 |
| RONALD C. BARSHOP, | § | |
| DEBTOR(S) | § | CHAPTER 11 |

**OBJECTION TO PROOF OF CLAIM FILED BY SMART MEALS, INC.**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, 615 E. HOUSTON STREET, SUITE 533, SAN ANTONIO, TX 78205, AND SERVED UPON THE PARTY FILING THIS MOTION WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE THEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING ON NOTICE.**

TO THE HONORABLE CRAIG A. GARGOTTA, UNITED STATES BANKRUPTCY JUDGE:

RONALD C. BARSHOP, Debtor herein Objects to the Proof of Claim heretofore filed by SMART MEALS, INC. (Claim No. 7) on or about November 16, 2015, upon the following grounds:

1. The Debtor denies that he owe the sum of $368,919.98.

2. The Debtor listed this claim in his bankruptcy schedules in the amount of $200,000.00 plus interest and does not dispute that amount, nor any accrued interest. Debtor does dispute the manner in which the Claimant computed post-judgment interest.

3. A true and correct copy of the claim can be found by accessing the Notice of Electronic Claims Filing No. 7.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that the aforesaid Claim be disallowed as set forth above, and for such other and further relief to which Debtor may show himself justly

entitled.

Dated this 20th day of November, 2015.

                                  Respectfully submitted

                                  WILLIS & WILKINS, L.L.P.

BY:  /s/James S. Wilkins
      JAMES S. WILKINS
      Attorneys for Debtor
      711 Navarro Street, Suite 711
      San Antonio, Texas 78205-1711
      Telephone: (210) 271-9212
      Facsimile: (210) 271-9389
      State Bar No. 21486500

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Motion has been mailed, by United States mail, postage prepaid, to the persons and entities below and on the attached service list on this 20th day of November, 2015.

Ron C. Barshop
3102 Eisenhauer Road, A-1
San Antonio, Texas 78209

U.S. Trustee
615 E. Houston Street, Suite 533
San Antonio, Texas 78205

Smart Meals, Inc.
c/o Sharon Reitman, President
2427 FM 1960 W
Houston, Texas 77068

WILLIS & WILKINS, L.L.P.

BY: /s/James S. Wilkins
JAMES S. WILKINS
Attorneys for Debtor