IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  15-51058 |
| RONALD C. BARSHOP, | § | |
| DEBTOR(S) | § | CHAPTER   11 |

### ORDER

On this day came on to be considered the Objection to Proof of Claim filed by the Debtor regarding the Claim No. 7, of SMART MEALS, INC.  The Court having considered the evidence and argument of counsel is of the opinion that said objection is meritorious and should be sustained.  The Claim is disallowed as filed.  It is further Ordered that the Claimant may file an Amended Proof of Claim within fourteen (14) days from the date hereof, setting forth the proper amount of the Judgment, which the Court finds to be $200,000.00 along with the proper amount of post-judgment accrued interest only.

### ###

PREPARED & SUBMITTED BY:

WILLIS & WILKINS, L.L.P.
JAMES S. WILKINS
Attorney for Debtor
100 W. Houston Street, Suite 1275
San Antonio, Texas 78205
Telephone: (210) 271-9212
Facsimile: (210) 271-9389
State Bar No. 21486500