UNITED STATES BANKRUPTCY COURT

SOUTHERN AND WESTERN DISTRICTS OF TEXAS

SAN ANTONIO DIVISION

IN RE: § §
Ronald C Barshop § CASE NO. 15-51058
§ CHAPTER 11
§
DEBTOR §

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING DECEMBER 2016

1. [✓] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS\***:

   A. Disbursements made under the plan (itemize on page 3)       $   41,676.00
   B. Disbursements not under the plan                             $   97,848.00
            Total Disbursements                                    $  139,524.00

   \*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?                     [✓] Yes [ ] No
4. Are Plan payments being made as required under the Plan?        [✓] Yes [ ] No
5. If "No", what Plan payments have not been made and why?
   Please explain: Debtor is paying significantly more than required under the plan

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? _____ (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**

    A. If this is a final report, has an application for Final Decree been submitted\*?
       [ ] Yes Date application was submitted _____
       [ ] No Date when application will be submitted _____
       \*(If required by Local Rule)

    B. Estimated Date of Final Payment Under Plan _____

    ```
    INITIALS _____
    DATE     _____
    UST USE ONLY
    ```

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____[signature]_____      DATE: Feb 1st 2017
        (PRINT NAME)

IN RE: __Ronald C Barshop__    CASE NO. __15-51058__

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---:|---:|
| CASH-BEGINNING OF QUARTER | 2,606.00 | 32,582.00 |
| RECEIPTS | 145,917.00 | 429,964.00 |
| DISBURSEMENTS | | |
| NET PAYROLL | | |
| PAYROLL TAXES PAID | | |
| SECURED/RENTAL/LEASES | | |
| UTILITIES | | |
| INSURANCE | | |
| INVENTORY PURCHASES | | |
| VEHICLE EXPENSES | | |
| TRAVEL & ENTERTAINMENT | | |
| REPAIRS, MAINTENANCE & SUPPLIES | | |
| ADMINISTRATIVE & SELLING | | |
| OTHER (attach list) | 97,848.00 | 321,768.00 |
| PLAN PAYMENTS (page 1 and page 3) | 41,676.00 | 131,779.17 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 139,524.00 | 453,547.17 |
| NET CASH FLOW | 6,393.00 | (23,583.17) |
| CASH-END OF QUARTER | 8,999.00 | 8,998.83 |

## CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
## QUARTER ENDING DECEMBER

| | Month/Year Oct 2016 | Month/Year Nov 2016 | Month/Year Dec 2016 | Total |
|---|---:|---:|---:|---:|
| Bank Balance | 2,606.00 | 14,913.00 | 17,216.00 | 2,606.00 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | | | | 0.00 |
| Adjusted Balance | 2,606.00 | 14,913.00 | 17,216.00 | 2,606.00 |
| Beginning Cash-Per Books | 2,606.00 | 14,913.00 | 17,216.00 | 2,606.00 |
| Receipts | 59,404.00 | 40,943.00 | 45,567.00 | 145,914.00 |
| Transfers Between Accounts | | | | 0.00 |
| Checks/Other Disbursements | 47,097.00 | 38,640.00 | 53,786.00 | 139,523.00 |
| Ending Cash-Per Books | 14,913.00 | 17,216.00 | 8,997.00 | 8,997.00 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year Oct 2016 | Month/Year Nov 2016 | Month/Year Dec 2016 | Total |
|---|---:|---:|---:|---:|
| Beginning Cash | 2,606.00 | 14,913.00 | 17,216.00 | |
| Total Receipts | 59,404.00 | 40,943.00 | 45,567.00 | 145,914.00 |
| Total Disbursements | 47,097.00 | 38,640.00 | 53,786.00 | 139,523.00 |
| Ending Cash | 14,913.00 | 17,216.00 | 8,997.00 | |

2

IN RE: § 
Ronald C Barshop § 
§ CASE NO. 15-51058
§ 
**DEBTOR** § 

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| IRS | | 02/20/2017 | 29,676.00 | 89,029.17 |
| Smart Meals | | 02/20/2017 | 6,750.00 | 24,750.00 |
| Frost | 6 | 02/20/2017 | 2,598.75 | 8,910.00 |
| Icon | 6 | 02/20/2017 | 939.75 | 3,222.00 |
| Japage | 6 | 02/20/2017 | 855.75 | 2,934.00 |
| Schwartz | 6 | 02/20/2017 | 409.50 | 1,404.00 |
| Winstead | 6 | 02/20/2017 | 446.25 | 1,530.00 |
| **TOTAL PLAN PAYMENTS:** (report on page 1 and page 2) | | | 41,676.00 | 131,779.17 |

3